No. 94–7651.  SHEA *v.* PIERCETON TRUCKING CO., INC.  C. A. 6th Cir.  Certiorari denied.

No. 94–7663.  JOHNSON *v.* JOHNSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 94–7725.  LANE *v.* UNIVERSAL CITY STUDIOS, INC.  C. A. 9th Cir.  Certiorari denied.

No. 94–7732.  HOENIG *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94–7786.  SHELTON *v.* RANEY, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 94–7804.  POSADA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–7819.  MCDONALD *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 94–7823.  MCCANN *v.* WESTINGHOUSE ELECTRIC CORP. C. A. 2d Cir.  Certiorari denied.

No. 94–7850.  GOLDMAN *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 94–7855.  BROWN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–7859.  SANDERS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–7860.  OVALLE-MARQUEZ *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 94–7863.  BRAXTON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 94–7867.  LEE *v.* MURPHY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 94–7871.  SWANN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–7874.  LARDELL *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.